258

IN THE MATTER OF THE ESTATE OF EDWIN S. DICKERSON, DECEASED.

*Messrs. Richman & Berry* and *Messrs. Archer, Greiner, Hunter & Read* for the petitioners.

*Mr. Charles F. Richman* for the respondents.

January 28, 1957. Granted.

MICHAEL J. CAFONE, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. SPINIELLO CONSTRUCTION CO., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Porter & Hobart* for the petitioners.

*Mr. David Roskein, Mr. Harry Kalisch* and *Mr. Isidor Kalisch* for the respondents.

January 28, 1957. Denied.